Paul C. Wilson, Judge,
concurring.
As stated in my separate opinion in Nevils v. Group Health Plan, Inc., 418 S.W.3d 451, 457 (Mo. banc 2014), even if the majority opinion is incorrect and the repayment terms in GHP’s contract do fall within the reach of the preemption provision in 5 U.S.C. § 8902(m)(l), that statute’s attempt to give preemptive effect to the provisions of a contract between the federal government and a private party is not a valid application of the Supremacy Clause in article VI of the United States Constitution and, therefore, does not displace Missouri law here. Accordingly, for all of the reasons, stated in that separate opinion, I concur in the result reached in the majority opinion in this case.